UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

IN RE:

THOMAS G. SMITH

Case No. 21−11453-cjf
Chapter 7

Thomas G. Smith,

   Plaintiff,

Adversary Case No.: 22-AP-11

SoFi Lending Corp,
and
Mohela,

   Defendants.

## STIPULATION FOR DISMISSAL

  COMES NOW, the parties, plaintiff/debtor, Thomas G. Smith, by his attorneys, Ledin, Olson & Cockerham, S.C., by Nathan M. Cockerham; defendant, SoFi Lending Corp, by Zwicker & Associates, PC, by Adam Weisberger, and do hereby stipulate as follows:

  1. By stipulation of the parties, the above-captioned adversary proceeding is dismissed with prejudice and without costs to either party.

  2. The Court may enter an Order consistent with this Stipulation without further hearing.

Dated this 19th day of August, 2022.

Dated this 19th day of August, 2022.

**LEDIN, OLSON & COCKERHAM, S.C.**
Attorneys for the Plaintiff

**ZWICKER & ASSOCIATES, PC**
Attorney for the Defendants

By: __/s/ Nathan M. Cockerham____
Nathan M. Cockerham, WI Bar #1067913
1109 Tower Ave
Superior, WI 54880
(715) 394-4471
ncockerham@loclaw.net

By: __/s/ Adam Weisberger___
Adam Weisberger, MA Bar # 646844
80 Minuteman Road
Andover, MA 01810
(866) 367-9942 ext. 3519
aweisberger@zwickerpc.com